JACOB PROWLER, Respondent, v. THE CITY OF NEW YORK, Appellant.

*Municipal corporations — city of New York — civil service — reinstated member is entitled to recover difference between full pay and amount earned by plaintiff during his absence from actual duty in uniformed force of department of street cleaning.*

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office on January 11, 1926, upon a verdict directed by the court after a trial at Trial Term, Part 3, pursuant to a stipulation that a verdict be directed with the same force and effect as though a jury were present.

The action was brought to recover for salary claimed to be due the plaintiff as assistant foreman in the uniformed force of the department of street cleaning for the period from the date of his removal upon charges to the date of his reinstatement pursuant to an order of certiorari.    (See *Matter of Prowler* v. *Taylor,* 212 App. Div. 116.)

PER CURIAM: The compensation to be paid to the plaintiff for the period of t'me while he was out of employment should be reduced to the sum of $2,080.85, being the amount of full pay, less the amount earned by the plaintiff during his absence from actual duty in the department    (*Gutheil* v. *City of N. Y.,* 119 App. Div. 20; *Sutliffe* v. *City of N. Y.,* 132 id. 831.)    The judgment appealed from is, therefore, modified by reducing the judgment as entered, including costs, to the sum of $2,172.10, and as so modified affirmed, without costs.    Judgment modified

by reducing the amount of the judgment as entered to the sum of $2,172.10, and as so modified affirmed, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.